467 A.2d 59

Commonwealth v. Jodziewicz, Appellant.

Submitted Janu-

ary 25, 1983. Joseph J. Gale, for appellant; Joseph Giebus, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, CIRILLO and WATKINS, JJ.

Judgment of sentence affirmed.